Henning v. Eldridge.

GILBERT D. HENNING

v.

GILBERT ELDRIDGE.

*Guardian and Ward—Citation to Guardian to Account—Evidence.*

Judgment of court below is reversed because of an erroneous allowance of an item for rent in the statement of an account.

[Opinion filed December 8, 1890.]

In ERROR to the City Court of Aurora, Illinois; the Hon.
A. H. BARRY, Judge, presiding.

Mr. A. C. LITTLE, for plaintiff in error.

Messrs. A. J. HOPKINS, N. J. ALDRICH and F. H. THATCHER,
for defendant in error.

LACEY, J.    This is the same case that was in this court in
July, 1883, and reported in 14 Ill. App. 191.

There was, as we stated in our former opinion, an agreement
between appellant and Woodruff and his wife, that the ward
should be kept by his mother and Woodruff for the use of
the land and lot, and that agreement no doubt terminated
when the ward's interest in the land was sold to Stewart.

The charge of $256.06 August 11, 1869, made by Stewart
to Woodruff on account of the ward was, no doubt, as
Stewart's evidence shows, made to balance the rent which was
given to Woodruff for the keeping of the ward.    This case
had been litigated for some time before it was here on a former
appeal and appellees made no claim for rent for land to date
of the sale in July, 1867.    We virtually passed on that item,
then holding that the above charge of $252.06 was, no doubt,
intended to offset such rent which appellant should have
received and in law did receive, but which was allowed to
Woodruff and wife for the keeping of the ward.    We are
satisfied that charge fully satisfied the item now charged to
appellant, being the master's estimate of $311.50, July 29, 1867.
When the case was formerly here that charge was not
allowed, i. e., the $252.06, but now it should be in full satisfac-
tion of the new charge of $311.50 for rent, with all interest
computed on it.    The order of the court below is, therefore,
reversed, and the cause remanded to that court with instruc-
tions to the court to strike out the account of $311.50 charged
against appellant and all accrued interest charged thereon by
the master, and disallow to appellant the above item of

$252.06, the one being intended to offset the other.   We see no other error in the record.

Order reversed and cause remanded with directions.

*Reversed and remanded with directions.*